IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICK DUNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv477-MHT |
| | ) | (WO) |
| S&S EAGLES, LLC, and | ) | |
| BRIGHT TEK LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

Upon consideration of plaintiff's notice of voluntary dismissal (doc. no. 28), it is the ORDER, JUDGMENT, and DECREE of the court that all claims against defendant Bright Tek LLC are dismissed with prejudice, and said defendant is terminated as a party.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 23rd day of May, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**